Date: 02/17/11  **DIVIDENDS REMITTED TO THE COURT**  *Receipt # 151906*  Page: 1

Case Number 09-21491 - JONES SR., PAUL W.

| Creditor | Claim No. | | Amount Allowed | Amount Paid | |
|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP AS AGENT FOR WORLD FINANCIAL NETWORK NATIONAL BANK PO BOX 248872 OKLAHOMA CITY, OK 73124-8872 | 000001 | 104 | 289.73 | 2.16 | (104) |
| AMERICAN INFOSOURCE LP AS AGENT FOR WORLD FINANCIAL NETWORK NATIONAL BANK PO BOX 248872 OKLAHOMA CITY, OK 73124-8872 | 000002 | 103 | 626.82 | 4.67 | (105) |

---------- Remittance Total ----------------     916.55     6.83

_____
ALAN J. TREINISH, TRUSTEE



FILED 11 FEB 18 PM 12:16 UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

Printed: 02/17/11 09:48 AM   Ver: 16.01c